# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jameel Antonio Peters, | Case No. 0:15-cv-4083-PJS-KMM |
| Plaintiff, | |
| vs. | |
| Minnesota Department of Corrections (Rush City); Thomas Roy, MN-DOC's Commissioner; The Deputy Commissioners; Lt. Gary Peterson; 3rd Watch Squad for 2/10/15; Members of S.O.R.T. working on 2/11/15 between the hours of 10pm and 12am the next day; Central Grievance Coordinator, Ms. Eling; Lt. Olsen 3rd Watch; and John and Jane Does; | **ORDER** |
| Defendants. | |

Jameel Antonio Peters, #236572, Harbor Lights Shelter, 1010 Currie Avenue, Minneapolis, MN 55403, plaintiff pro se

Margaret E. Jacot, Esq., Minnesota Attorney General's Office - Ste 900, 445 Minnesota St., Ste 900, St Paul, MN 55101-2127, counsel for the defendants

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated December 19, 2016. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The Defendants' motions to dismiss for lack of prosecution and failure to comply with court orders **[ECF No. 36]** is **GRANTED**.

2. The Defendants' motion for summary judgment **[ECF No. 45]** is **DENIED AS MOOT**.

3. The Defendants' motion for continuance of the dispositive motion deadline **[ECF No. 41]** is **DENIED AS MOOT**.

4. This action is **DISMISSED WITH PREJUDICE**.


Date: 1/19/17

                                              s/Patrick J. Schiltz
                                              Patrick J. Schiltz
                                              United States District Judge